pellant; *Robert W. Murdoch,* with him *Richard G. Lewis,* and *Jones, Gregg, Creehan and Gerace,* for appellee.

Order and judgment affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

## Maloney *v.* Cornbeef Company, Appellant.

Argued April 15, 1975. *Robert C. Little,* with him *Burns, Manley & Little,* for appellant; *Louis J. Grippo,* for appellee.

Judgment affirmed.

## Matusovich *v.* Warchol, Appellant.

Argued April 18, 1975. *Arthur M. Lebovitz,* for appellant; No appearance entered nor brief submitted for appellee.

OPINION PER CURIAM: The record is remanded to the court below for further hearing on appellant's petition.

JACOBS, PRICE and SPAETH, JJ., dissent.

## McClelland *v.* Stabile, et al.

## Appeal of Peirce, et al.

opinion by McLEAN, JR., J. Argued April 15, 1975. *Rochelle S. Friedman,* with him *Robert N. Peirce, Jr.,* in propria

persona, for appellants; *Ivan E. Birsic,* with him *Lisle A. Zehner,* and *Cauley, Birsic and Conflenti,* for appellee.
    Order affirmed.
    SPAETH, J., absent.

## McGovern et al., Appellants, *v.* Churchel, et al.

Argued April 14, 1975. *Ray N. Lochner,* with him *Samuel Avins,* for appellants; *C. Leon Sherman,* with him *Miller & Sherman,* for appellees.
    Judgment affirmed.

## Minute Corporation, Inc. *v.* L. T. Boccia Construction Co., Inc., Appellant.

order by STRANAHAN, P. J. Argued April 16, 1975. *C. Hersh,* with him *William D. Irwin,* and *Irwin & Hersh,* for appellant; *Joseph P. Valentino,* with him *Routman, Moore, Goldstone & Valentino,* for appellee.
    Order affirmed.

## Mueller *v.* Patterson-Erie Corporation, et al., Appellants.

Argued April 14, 1975. *William T. Jorden,* with him *McClure, Dart, Miller & Kelleher,* for appellants; *Will J. Schaaf,* with him *Ritchie T. Marsh,* and *Marsh, Spaeder, Bauer, Spaeder & Schaaf,* for appellee.
    Judgment affirmed.